UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL HODGES                                              CIVIL ACTION

VERSUS                                                      NUMBER: 05-5480

TIM WILKINS                                                 SECTION: "I"(5)


**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by petitioner, Michael Hodges, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Michael Hodges, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this    29th    day of November, 2007.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE